```
 1
 2
 3
 4
 5
 6
 7
 8
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JAMES NERO, | ) No. EDCV 12-1489-DSF (SH) |
| | ) |
| Plaintiff, | ) ORDER ACCEPTING REPORT AND |
| | ) RECOMMENDATION OF UNITED |
| v. | ) STATES MAGISTRATE JUDGE |
| | ) |
| P.A. WOLVERTON, et al., | ) |
| | ) |
| Defendants. | ) |

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the court has reviewed the First Amended Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge.

1

1    IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and accepting the Report and Recommendation, (2) granting Defendants' Motion for Summary Judgment, and; (3) directing that Judgment be entered dismissing the action with prejudice.

   IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: _9/15/14

*Dale S. Fischer*

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE