JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JAMES NERO, | ) ED CV 12-1489-DSF (SH) |
| | ) |
| | ) JUDGMENT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| P.A. WOLVERTON, et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to the Order of the Court accepting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without leave to amend.

DATED: 9/15/14

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1